UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

STACY HASLAM,

    Plaintiff,

v.        Case No: 5:17-cv-425-Oc-30PRL

RED ROBIN INTERNATIONAL, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Approval of Unpaid Wages Settlement and Dismissal of Action with Prejudice (Doc. 9). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Unpaid Wages Settlement and Dismissal of Action with Prejudice (Doc. 9) is GRANTED.

2. The Settlement Agreement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of December, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record